UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-32958 |
|---|---|
| DONNA J. STUKINS | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4089289**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 19/ 9 | DAYTON HEAD & NECK SURG<br>% CITY CREDITS CO<br>3077 KETTERING BLVD STE 109<br>DAYTON, OH  45439 | 41.51 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/28/2011

Certificate of Service      06-32958

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| DONNA J. STUKINS | LESTER R THOMPSON | (1014.1n) |
| --- | --- | --- |
| 35 CENTRAL AVENUE | 1340 WOODMAN DR | B LINE LLC |
| WEST ALEXANDRIA, OH  45381 | DAYTON, OH  45432 | MS 550 |
| | | BOX 91121 |
| | | SEATTLE, WA  98111 |
| (37.1n) | (9.1) | (32.1n) |
| CAPITAL ONE AUTO FINANCE | DAYTON HEAD & NECK SURG | PREMIER BANKCARD |
| % ASCENSION CAPITAL GROUP | % CITY CREDITS CO | PREMIER CSI DEPT SDPR |
| BOX 201347 | 3077 KETTERING BLVD STE 109 | BOX 2208 |
| ARLINGTON, TX  76006 | DAYTON, OH  45439 | VACAVILLE, CA  95696 |

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv